RECEIVED

APR 23 2019


TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

CLINTON STRANGE,

Plaintiff

Case No. 5:19-CV-00119-TAD-MLH

v.

FIVE STAR PROTECTION INC et al,

Defendants

**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS FIVE STAR PROTECTION INC., AND REEMA SETH WITHOUT PREJUDICE**

**PLAINTIFF'S STATEMENT REGARDING DISMISSAL MOTION:**

1. The *pro se* Plaintiff Clinton Strange moves on this Court to dismiss Defendants Five Star Protection Inc., and Reema Seth on all counts without prejudice.

2. No one threatened, intimidated, or coerced the Plaintiff into filing this dismissal motion.

3. The Plaintiff is of sound mind.

4. The Plaintiff has attached a proposed order for the convenience and consideration of the Court [See Exhibit A].

Respectfully Submitted,

X _____    4-22-2019
Clinton Strange                      Dated
Pro Se
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057
parsmllc@gmail.com

**CERTIFICATE OF SERVICE:**

I, Clinton Strange, the *pro se* Plaintiff in this action hereby certify that I have served upon all the other parties (Defendants) in this action a copy of this court filing captioned as "**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS FIVE STAR PROTECTION INC., AND REEMA SETH WITHOUT PREJUDICE**" by depositing a copy in the U.S. Mail with sufficient 1st class postage affixed on ___4-22___ ,2019.

The mailings were addressed to the following:

FIVE STAR PROTECTION INC.

c/o: ASHISH BHATIA (Registered Agent)

755 GREENWAY DR.

COPPELL, TX 75019

&

REEMA SETH

OFFICER OF: FIVE STAR PROTECTION INC

5906 NORTHCREST DR.

FLOWER MOUND, TX 75028

&

ANJU BHATIA

OFFICER OF: FIVE STAR PROTECTION INC

755 GREENWAY DR.

COPPELL, TX 75019

I hereby affirm that all the foregoing statements are both true and correct under the pains and penalties of perjury under the laws of The United States of America.

X __*Clinton [signature]*__                           __4-22-2019__

　　　　　　　Clinton Strange　　　　　　　　　　　　　　Dated