UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CLINTON STRANGE** | **CIVIL ACTION NO. 5:19-CV-00119** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **FIVE STAR PROTECTION INC., ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Dismiss Defendants Five Star Protection, Inc., and Reema Seth Without Prejudice [Doc. No. 11] is **GRANTED**. All claims and demands by Plaintiff Clinton Strange against Defendants Five Star Protection, Inc., and Reema Seth are **DISMISSED WITHOUT PREJUDICE**, reserving Plaintiff's rights against Defendant Anju Bhatia.

MONROE, LOUISIANA, this 24th day of April, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**