# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CLINTON STRANGE | CIVIL ACTION NO. 5:19-CV-00119 |
| VS. | JUDGE TERRY A. DOUGHTY |
| FIVE STAR PROTECTION INC., ET AL. | MAG. JUDGE MARK L. HORNSBY |

## RULING

On May 20, 2019, Plaintiff Clinton Strange filed a Motion to Dismiss the Action with Prejudice [Doc. No. 14]. Plaintiff represents to the Court that the parties have reached a resolution. He moves to dismiss the claims against all Defendants with prejudice.

However, on April 24, 2019, on Plaintiff's motion, the Court dismissed the claims against Defendants Five Star Protection, Inc., and Reema Seth **without** prejudice. Therefore, to the extent that the claims against these Defendants have been dismissed, the Court construes the motion as a motion to re-open the claims against these Defendants for the sole purpose of dismissing with prejudice. The Court will issue a separate judgment, reopening the claims against these Defendants and then dismissing with prejudice all Plaintiff's claims against all Defendants.

MONROE, LOUISIANA, this 20th day of May, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**